

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00781-CR

**EX PARTE** Juan Raul **MARQUEZ SANCHEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10382CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On August 25, 2022, Appellant filed a notice of appeal in the trial court. On November 21, 2022, court reporter Lisa C. Greenwalt filed a notice of late reporter's record. The notice states Appellant has not provided the court reporter with a written request to prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b).

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) Appellant has delivered a written request to prepare the reporter's record to court reporter Lisa C. Greenwalt that designates the exhibits to be included, *see id.* R. 34.6(b), and (2) either the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or Appellant is entitled to appeal without paying the reporter's fee, *see id.* R. 20.2.

If Appellant fails to respond as ordered, we will set Appellant's brief due, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court